# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2008

135742 & (43)(45)(46)(47)(48)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AGRIS PAVLOVSKIS,
                Plaintiff-Appellant,

v

CITY OF EAST LANSING, and
EAST LANSING CITY CLERK,
                Defendants-Appellees.

SC: 135742
COA: 275236
Ingham CC: 05-000523-NZ

_____/

On order of the Court, the motions for leave to file briefs amicus curiae are GRANTED. The application for leave to appeal the December 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2008

Clerk

p0618